JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **DAVID KENT FITCH,** | ) | **NO. EDCV 16-1227-DOC (KS)** |
| **Petitioner,** | ) | |
| | ) | **JUDGMENT** |
| **v.** | ) | |
| | ) | |
| | ) | |
| **CALVIN JOHNSON,** | ) | |
| **Respondent.** | ) | |
| | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:     April 25, 2017

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE